Case 1:23-cr-20275-RAR   Document 6   Entered on FLSD Docket 07/11/2023   Page 1 of 1

# MINUTE ORDER

Page 5

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**  Date: 7/11/23  Time: 1:30 p.m.

Defendant: Anthony Faustin    J#: 67771-510    Case #: 23-20275-CR-RUIZ
AUSA: Daniel Bernstein    Attorney: AFPD, Andrew Jacobs
Violation: CONSP/COMMIT/WIRE, BANK & ACCESS DEVICE FRAUD    Surr/Arrest Date: 07/11/23    YOB: 1994
Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No    Recommended Bond:
Bond Set at: $100,000 Personal Surety Bond    Co-signed by: Mother, Teatra Linder

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as **directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [x] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
Brady Order given. Motion to UNSEAL the case Granted by the Court. Defendant sworn and AFPD appointed. Both sides stipulate to a $100,000 Personal Surety Bond co-signed by Teatra Linder (Mother). Bond paperwork due by 7/17/2023. Defendant Released.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Arraignment:  7/13/2023 at 10am (Miami Duty Court)
Status Conference RE:
D.A.R. JG- 13:31:49; 14:07:06    Time in Court: 17 mins.

s/Jonathan Goodman                    Magistrate Judge